IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

03 12630 DPW

TRIPATH IMAGING, INC.,  )
                        )
    Plaintiff,          )
                        )
v.                      )   1:03CV00550
                        )
CYTYC CORPORATION,      )
                        )
    Defendant.          )


FILED OCT 3 0 2003

O R D E R

On October 8, 2003, in accordance with 28 U.S.C. § 636(b), a Recommendation of United States Magistrate Judge was filed in response to Defendant CYTYC Corporation's Motion to Dismiss, Transfer, or Stay. For reasons stated therein, the Recommendation of Magistrate Judge concluded that Defendant's motion to transfer should be granted. Plaintiff Tripath Imaging, Inc. filed objections to the Magistrate Judge's recommendation, and Defendant filed a response to Plaintiff's objections. Having reviewed the objections and response, the court hereby adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Defendant's motion to transfer - [8] is granted and the action shall be transferred to the United States District Court for the District of Massachusetts.

This the 30th day of October 2003.

_____
United States District Judge

A True Copy
Teste:
John J. [signature]
Deputy Clerk

## United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

FILED
CLERKS OFFICE
2003 DEC 30 P 2: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

John S. Brubaker, Clerk

December 18, 2003

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

**03  12630 DPW**

Clerk, U. S. District Court
John W. McCormack Post Ofc. &
Courthouse, 90 Devonshire Street, Rm 707
Boston, Massachusetts 02109

Dear Mr. Smith:

RE: TRIPATH IMAGING IN V. CYTYC CORP. - 1:03CV550

An order has been entered in the Court transferring this case to your district. Enclosed are the following:

1. Certified co of Order transferring action.

2. Certified co of docket entries.

3. All parties  documents filed to date in this court.

Please acknowledge receipt one enclosed copy of this letter.

Sincerely,

JOHN S. BRUBAKER, CLERK

By: [signature]
Deputy Clerk

jw

Enclosures

```
                                    FILED                 18AG       CLOSED
                              IN CLERKS OFFICE                        SO30
                 U.S. District Court
            Middle District of North Carolina (Durham)
                                          DISTRICT COURT
           CIVIL DOCKET FOR CASE #: 03-CV-550    OF MASS.
```

TRIPATH IMAGING, INC v. CYTYC CORPORATION                   Filed: 06/16/03
Assigned to: JUDGE WILLIAM L. OSTEEN                        Jury demand: Both
Demand: $0,000                                              Nature of Suit: 830
Lead Docket: None                                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:1125 Trademark Infringement (Lanham Act)

```
                                                  03 12630 DPW
```

TRIPATH IMAGING, INC.           MICHAEL E. RAY
    plaintiff                   [COR LD NTC]
                                CHARLES A. BURKE
                                [COR LD NTC]
                                CHRISTOPHER G. DANIEL
                                [COR LD NTC]
                                WOMBLE CARLYLE SANDRIDGE & RICE
                                POD 84
                                WINSTON-SALEM, NC 27102
                                336-721-3600


    v.


CYTYC CORPORATION               JOHN B. MORRIS
    defendant                   336-607-7359
                                [COR LD NTC]
                                KILPATRICK STOCKTON, L.L.P.
                                1001 W. FOURTH ST.
                                WINSTON-SALEM, NC 27101
                                336-607-7300

                                DANIEL R. TAYLOR, JR.
                                [COR LD NTC]
                                KILPATRICK STOCKTON, L.L.P.
                                1001 W. FOURTH ST.
                                WINSTON-SALEM, NC 27101
                                336-607-7300

                                WILLIAM F. LEE
                                [COR LD NTC]
                                LISA J. PIROZZOLO
                                [COR LD NTC]
                                TIMOTHY R. SHANNON
                                [COR LD NTC]
                                HALE & DORR, LLP
                                60 STATE ST.

A True Copy
Teste:
John S. Brubaker, Clerk
By: /s/ [signature]
    Deputy Clerk

```
Proceedings include all events.                                    18AG
1:03cv550 TRIPATH IMAGING, INC v. CYTYC CORPORATION               CLOSED
                                                                   SO30
                          BOSTON, MA 02109
                          617-526-6000


===========================


CYTYC CORPORATION              JOHN B. MORRIS
     counter-claimant          336-607-7359
                               [COR LD NTC]
                               KILPATRICK STOCKTON, L.L.P.
                               1001 W. FOURTH ST.
                               WINSTON-SALEM, NC 27101
                               336-607-7300

                               DANIEL R. TAYLOR, JR.
                               [COR LD NTC]
                               KILPATRICK STOCKTON, L.L.P.
                               1001 W. FOURTH ST.
                               WINSTON-SALEM, NC 27101
                               336-607-7300

                               WILLIAM F. LEE
                               [COR LD NTC]
                               LISA J. PIROZZOLO
                               [COR LD NTC]
                               TIMOTHY R. SHANNON
                               [COR LD NTC]
                               HALE & DORR, LLP
                               60 STATE ST.
                               BOSTON, MA 02109
                               617-526-6000


     v.


TRIPATH IMAGING, INC.          MICHAEL E. RAY
     counter-defendant         [COR LD NTC]
                               CHARLES A. BURKE
                               [COR LD NTC]
                               CHRISTOPHER G. DANIEL
                               [COR LD NTC]
                               WOMBLE CARLYLE SANDRIDGE & RICE
                               POD 84
                               WINSTON-SALEM, NC 27102
                               336-721-3600
```

```
Proceedings include all events.                                    18AG
1:03cv550 TRIPATH IMAGING, INC v. CYTYC CORPORATION                CLOSED
                                                                   SO30

6/16/03   --      **Case assigned to Magistrate Judge Eliason. AO Code 18AG
                  (nd) [Entry date 06/17/03]

6/16/03   1       COMPLAINT with attached Exhibits A-E; Filing Fee $150.00
                  Receipt #77851; jury demand (nd) [Entry date 06/17/03]

6/16/03   2       SUMMONS issued for CYTYC CORPORATION (nd)
                  [Entry date 06/17/03]

6/16/03   --      Notice of Right to Consent 28 USC 636(c)(2) (nd)
                  [Entry date 06/17/03]

6/16/03   --      CASE SELECTED FOR MEDIATION (nd) [Entry date 06/17/03]

6/16/03   --      STANDING ORDER 30 CASE (nd) [Entry date 06/17/03]

6/19/03   3       AFFIDAVIT OF SERVICE as to CYTYC CORPORATION executed on
                  6/18/03 by personal delivery on Gina Fox, Agent in Charge.
                  Answer due on 7/8/03 for CYTYC CORPORATION (nd)
                  [Edit date 06/25/03]

6/25/03   4       NOTICE of Attorney Appearance for CYTYC CORPORATION  by
                  DANIEL R. TAYLOR JR., JOHN B. MORRIS (lks)
                  [Entry date 06/26/03]

6/27/03   5       MOTION by TRIPATH IMAGING, INC for Limited Expedited
                  Discovery from defendant Cytyc Corp. for a period of thirty
                  (30) days with respect to TriPath's claim for patent
                  infringement. (lks) [Entry date 06/30/03]

6/27/03   6       BRIEF (with Exhibit A attachment) by TRIPATH IMAGING, INC
                  in support of [5-1] motion for Limited Expedited Discovery
                  from defendant Cytyc Corp. for a period of thirty (30) days
                  with respect to TriPath's claim for patent infringement by
                  TRIPATH IMAGING, INC (lks) [Entry date 06/30/03]

6/27/03   7       DECLARATION (with Exhibits A thru D attachments) of Stephen
                  P. Hall in support of [5-1] motion for Limited Expedited
                  Discovery from defendant Cytyc Corporation for a period of
                  thirty (30) days with respect to TriPath's claim for patent
                  infringement by TRIPATH IMAGING, INC (lks)
                  [Entry date 06/30/03]

7/1/03    8       MOTION by CYTYC CORPORATION to Dismiss this action without
                  prejudice, or in the alternative Transfer or to Stay
                  Proceedings in this action pending the outcome of a case
                  pending in the United States District Court of
                  Massachusetts. (lks) [Entry date 07/03/03]
```

```
Proceedings include all events.                                    18AG
1:03cv550 TRIPATH IMAGING, INC v. CYTYC CORPORATION                CLOSED
                                                                   SO30
```

| | | |
|---|---|---|
| 7/24/03 | 15 | BRIEF IN RESPONSE (with Attachments 1 thru 3) by TRIPATH IMAGING, INC to [8-1] motion to Dismiss this action without prejudice by CYTYC CORPORATION, [8-2] motion Transfer or to Stay Proceedings in this action pending the outcome of a case pending in the United States District Court of Massachusetts by CYTYC CORPORATION (lks) [Entry date 07/25/03] |
| 7/24/03 | 16 | DECLARATION of George E. Herrington Jr. (with Exhibits A thru E attachments) in support of [15-1] Response by TRIPATH IMAGING, INC to defendants Motion to Dismiss, or in the alternative, transfer or stay proceedings. (lks) [Entry date 07/25/03] [Edit date 08/05/03] |
| 7/24/03 | 17 | ANSWER to Complaint; jury demand and COUNTERCLAIM by CYTYC CORPORATION (Attorney WILLIAM F. LEE) against TRIPATH IMAGING, INC.  Answer due 8/13/03 for TRIPATH IMAGING, INC (nd) [Entry date 07/25/03] |
| 7/28/03 | 18 | NOTICE TO PARTIES RE STANDING ORDER 30. (dm) |
| 7/30/03 | 19 | REPLY, with Exhibits A-D, by TRIPATH IMAGING, INC in support of [5-1] motion for Limited Expedited Discovery from defendant Cytyc Corp. for a period of thirty (30) days with respect to TriPath's claim for patent infringement (km) [Entry date 08/01/03] |
| 8/6/03 | 20 | REPLY (w/Exhibits 1 & 2 attachments) by CYTYC CORPORATION to TRYPATH'S OPPOSITION to [8-1] motion to Dismiss this action without prejudice and, [8-2] motion Transfer or to Stay Proceedings in this action pending the outcome of a case pending in the United States District Court of Massachusetts by CYTYC CORPORATION (lks) [Entry date 08/08/03] [Edit date 08/08/03] |
| 8/7/03 | 21 | REPLY by TRIPATH IMAGING, INC  to [17-2] counter claim  by CYTYC CORPORATION (lks) [Entry date 08/08/03] |
| 8/12/03 | -- | Motion(s) referred: [5-1] motion for Limited Expedited Discovery from defendant Cytyc Corp. for a period of thirty (30) days with respect to TriPath's claim for patent infringement referred  to MAG/JUDGE RUSSELL A. ELIASON, [8-1] motion to Dismiss this action without prejudice referred  to MAG/JUDGE RUSSELL A. ELIASON, [8-2] motion Transfer or to Stay Proceedings in this action pending the outcome of a case pending in the United States District Court of Massachusetts referred  to MAG/JUDGE RUSSELL A. ELIASON (ww) |
| 8/21/03 | 22 | MOTION by TRIPATH IMAGING, INC to schedule an Initial Pretial Conference in this action no later than September 23, 2003. (lks) [Entry date 08/22/03] |

```
Proceedings include all events.                                 18AG
1:03cv550 TRIPATH IMAGING, INC v. CYTYC CORPORATION             CLOSED
                                                                SO30

9/26/03    30      DECLARATION of Thomas Gahm in support of [27-1] motion for
                   Temporary Restraining Order by TRIPATH IMAGING, INC, [27-2]
                   motion Preliminary Injunction against defendant Cytyc Corp,
                   et al. from making, using importing, offering for sale, or
                   selling Cytyc's ThinPrep Imaging System in the United
                   States by TRIPATH IMAGING, INC (lks) [Entry date 09/29/03]

9/30/03    --      Telephonic Notice to Atty. Charles Burke and Atty. Daniel
                   Taylor Re Motion Hearing set for 10:00 10/15/03 in
                   GREENSBORO #1 COURTROOM for [27-1] motion for Temporary
                   Restraining Order, set for 10:00 10/15/03 in GREENSBORO #1
                   COURTROOM for [27-2] motion for Preliminary Injunction
                   against defendant Cytyc Corp, et al. from making, using
                   importing, offering for sale, or selling Cytyc's ThinPrep
                   Imaging System in the United States  before JUDGE WILLIAM
                   L. OSTEEN (rw)

9/30/03    --      Deadline updated; Response to Motion set for 10/10/03 for
                   [27-1] motion for Temporary Restraining Order, set for
                   10/10/03 for [27-2] motion for Preliminary Injunction
                   against defendant Cytyc Corp, et al. from making, using
                   importing, offering for sale, or selling Cytyc's ThinPrep
                   Imaging System in the United States (rw)
                   [Entry date 10/03/03]

9/30/03    --      Motion submission: [27-1] motion for Temporary Restraining
                   Order submitted, [27-2] motion for Preliminary Injunction
                   against defendant Cytyc Corp, et al. from making, using
                   importing, offering for sale, or selling Cytyc's ThinPrep
                   Imaging System in the United States submitted, [24-1]
                   motion for expedited Briefing Schedule and expedited
                   consideration of Plaintiff's Motion to schedule an Initial
                   Pretrial Conference (Pldg #22) submitted  to Judge Osteen
                   (rw) [Entry date 10/03/03]

10/6/03    31      MOTION by CYTYC CORPORATION for William F. Lee to Appear
                   Pro Hac Vice as counsel for defendant. (lks)
                   [Entry date 10/08/03]

10/6/03    32      MOTION by CYTYC CORPORATION for Lisa J. Pirozzlo to Appear
                   Pro Hac Vice as counsel for defendant. (lks)
                   [Entry date 10/08/03]
```

```
Proceedings include all events.                                    18AG
1:03cv550 TRIPATH IMAGING, INC v. CYTYC CORPORATION                CLOSED
                                                                   SO30
```

| Date | # | Entry |
|---|---|---|
| 10/10/03 | 39 | DECLARATION by E. Eugene Baillie, M.D. In Opposition (w/Exhibit Attachments A & B) [27-1] motion for Temporary Restraining Order [27-2] motion for Preliminary Injunction against defendant Cytyc Corp, et al. from making, using importing, offering for sale, or selling Cytyc's ThinPrep Imaging System in the United States by TRIPATH IMAGING, INC (lks) |
| 10/10/03 | 40 | DECLARATION (w/Exhibit Attachment A) by Diane D. Davey, M.D. In Opposition to [27-1] Motion for Temporary Restraining Order, [27-2] motion for Preliminary Injunction against defendant Cytyc Corp, et al. from making, using importing, offering for sale, or selling Cytyc's ThinPrep Imaging System in the United States by TRIPATH IMAGING, INC (lks) |
| 10/10/03 | 41 | DECLARATION of James Linder, M.D. In Opposition (w/Exhibit Attachments A thru G) to [27-1] motion for Temporary Restraining Order, [27-2] motion for Preliminary Injunction against defendant Cytyc Corp, et al. from making, using importing, offering for sale, or selling Cytyc's ThinPrep Imaging System in the United States by TRIPATH IMAGING, INC (lks) [Entry date 10/14/03] |
| 10/10/03 | 42 | DECLARATION by Ralph Richart, M.D. In Opposition (w/Exhibit Attachment A) to [27-1] motion for Temporary Restraining Order, [27-2] motion for Preliminary Injunction against defendant Cytyc Corp, et al. from making, using importing, offering for sale, or selling Cytyc's ThinPrep Imaging System in the United States by TRIPATH IMAGING, INC (lks) [Entry date 10/14/03] |
| 10/10/03 | 43 | DECLARATION by Kenneth R. Castleman, Ph.D. (w/Exhibit Attachments 1 thru 14) In Opposition to [27-1] motion for Temporary Restraining Order, [27-2] for Preliminary Injunction against defendant Cytyc Corp, et al. from making, using importing, offering for sale, or selling Cytyc's ThinPrep Imaging System in the United by TRIPATH IMAGING, INC (Declaration located in expandable file) (lks) [Entry date 10/14/03] [Edit date 10/14/03] |
| 10/10/03 | 44 | DECLARATION Patrick J. Sullivan In Opposition to [27-1] motion for Temporary Restraining Order by TRIPATH IMAGING, INC, [27-2] motion for Preliminary Injunction against defendant Cytyc Corp, et al. from making, using importing, offering for sale, or selling Cytyc's ThinPrep Imaging System in the United States by TRIPATH IMAGING, INC (lks) [Entry date 10/14/03] |
| 10/14/03 | 45 | MOTION by TRIPATH IMAGING, INC for Continuance of October 15, 2003 hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; and (2) limited expedited discovery on new issues raised by defendant in its initial opposition to the motion. (lks) |

Proceedings include all events.
1:03cv550 TRIPATH IMAGING, INC v. CYTYC CORPORATION                18AG
                                                                   CLOSED
                                                                   SO30

| Date | # | Entry |
|---|---|---|
| 10/14/03 | 46 | BRIEF by TRIPATH IMAGING, INC in support of [45-1] motion for Continuance of October 15, 2003 hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; and (2) limited expedited discovery on new issues raised by defendant in its initial opposition to the motion by TRIPATH IMAGING, INC (lks) |
| 10/14/03 | 47 | ORDER granting signed by MAG/JUDGE RUSSELL A. ELIASON that William F. Lee and Lisa J. Pirozzolo with the firm of Hale and Dorr LLP in Boston, Massachusetts are hereby admitted pro have vice for the purpose of representing Defendant Cytyc in this action. Ccs dist [EOD Date 10/14/03] (lks) |
| 10/14/03 | -- | Telephone Conference with Attorneys Michael Ray, Charles Burke, Daniel Taylor and John Morris Held with JUDGE WILLIAM L. OSTEEN Re: Motion to Continue Hearing scheduled for 10/15/2003. The hearing scheduled for 10/15/2003 has been cancelled. (rw) |
| 10/17/03 | 48 | OBJECTIONS (w/Exhibit Attachments 1-3 A thru E) by TRIPATH IMAGING, INC to [33-1] Recommendation of United Magistrate Judge (located in expandable file) (lks) [Entry date 10/20/03] [Edit date 10/20/03] |
| 10/22/03 | 49 | RESPONSE by defendant CYTYC CORPORATION to [48-1] OBJECTIONS TO RECOMMENDATION by TRIPATH IMAGING, INC (lks) |
| 10/30/03 | 50 | ORDER signed by JUDGE WILLIAM L. OSTEEN that the Magistrate Judge's recommendation is adopted and that the deft's motion to transfer [8] is granted and the action shall be transferred to the U. S. District Court for the District of Massachusetts. Ccs dist. [EOD Date 10/31/03] (jw) [Entry date 10/31/03] |
| 10/30/03 | -- | CASE CLOSED.    Closing Code 10 (jw) [Entry date 10/31/03] |
| 10/31/03 | 51 | SUGGESTION (with Exhibit Attachment A) OF SUBSEQUENTLY DECIDED AUTHORITY by defendant CYTYC CORPORATION referring to Motion to Dismiss the Massachusetts action filed by TRIPATH IMAGING. (lks) [Entry date 11/03/03] |
| 11/10/03 | -- | CASE REFERRED to Mag/Jud Eliason (rw) |
| 11/13/03 | -- | CASE NO LONGER REFERRED to Mag/Jud. (rw) |
| 12/18/03 | -- | Certified copy of Order transferring action; Certified copy of docket entries and all parties and documents filed to date in this court. (jw) |