# EXHIBIT 4

To

Memorandum In Support of TriPath Imaging, Inc.'s Motion to Exclude
Defenses Based on Cytyc's CDS-1000

Civil Action No. 03-11142 [DPW]  - Lead Case

Filed May 5, 2005

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# ORIGINAL  1

PAGES    1 - 223

DX EXH. 316 - 322

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \*

Cytyc Corporation          \*

v.                         \*      C.A. #03-11142-DPW

TriPath Imaging, Inc.  \*

\* \* \* \* \* \* \* \* \* \* \* \*

TriPath Imaging, Inc.  \*

v.                         \*      C.A. #03-12630-DPW

Cytyc Corporation          \*

\* \* \* \* \* \* \* \* \* \* \* \*

**CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY**

Deposition of Theodore S. Geiselman

Tuesday, October 12, 2004

The International Golf Club

159 Ballville Road

Bolton, Massachusetts 01740

---------- J. EDWARD VARALLO, RMR, CRR ----------

COURT REPORTER

FARMER ARSENAULT BROCK LLC, BOSTON, MASS.

617.728.4404

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Theodore S. Geiselman                        39

1   get downsized at the company?

2       A.    Mostly three executives, myself, Pat

3   Sullivan and Dan Levangie.

4             MR. DANIEL:  Could I have this marked as

5   Defendant's Exhibit 316.

6             (Defendant's Exhibit 316 marked for

7   identification.)

8   BY MR. DANIEL:

9       Q.    Mr. Geiselman, I show you what's been

10  marked as Defendant's Exhibit 316.  I want to ask

11  you to take a look at that document and let me know

12  if you've ever seen it before today.

13      A.    No.

14      Q.    Please turn to page Bates-labeled 119931.

15      A.    119931?  Okay.

16      Q.    And this page shows a photograph and has a

17  heading that says Cytyc CDS 1000?

18      A.    Mm-hmm.

19      Q.    Does this picture appear to reflect what

20  you understood to be Cytyc's CDS 1000 in the early

21  1990s?

22            MS. PIROZZOLO:  Objection.

23      A.    Yes.  As best I can tell from the

24  photograph, yes.

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Theodore S. Geiselman                                    40

1      Q.      You'll notice at the top it indicates a

2  date range of 1987 to 1994.

3      A.      Mm-hmm.

4      Q.      Do you know what those dates refer to with

5  respect to the CDS 1000 system?

6      A.      Well, 1987 was when Cytyc was founded and

7  Cytyc was founded, as anybody can read in any of

8  their documents, to do this particular project.  And

9  1994, I assume, it's not my document, is the date as

10 I said, February, when we pretty much shut the --

11 not pretty much, we officially shut down the

12 development of this project in this state.

13     Q.      Who founded Cytyc in 1987?

14     A.      Stanley Lapidus.

15     Q.      Anyone else?

16     A.      And I think Fred Farber previously

17 mentioned was a cofounder, not equal but some level.

18     Q.      Do you know when Patrick Sullivan started

19 with Cytyc?

20     A.      I do not.

21     Q.      Was he already with the company when you

22 started in 1993?

23     A.      Yes, mm-hmm.

24     Q.      Other than the FDA issue which we've

*FARMER ARSENAULT BROCK LLC*
*617.728.4404*

*CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY*

Theodore S. Geiselman                    41

1   discussed, do you know any other reason why the CDS

2   1000 project was stopped in 1994?

3        A.    Three reasons.  The primary reason is,

4   when we started over we started over with no money,

5   so you have to pick and choose your battles.  And we

6   knew we needed to have the ThinPrep processor on the

7   market before we could do anything else, so you have

8   to focus, as a small company.  That was number one.

9   Number two was the technology originally in the CDS

10  1000 was not capable of performing at the

11  computational level that was going to be needed for

12  that particular device.  The technology was just too

13  old and not powerful enough.  And number three, it

14  was my determination that the approach did not meet

15  the needs of the marketplace.  The overarching

16  reason was the first one stated.

17       Q.    On the third grounds, meets the needs of

18  the marketplace, why did you believe that the CDS

19  1000 wouldn't meet the needs of the marketplace in

20  1994?

21       A.    It was not developed using the methodology

22  I'm accustomed to:  meeting with customers, finding

23  out how their laboratory works, what needs aren't

24  being met and what can be done to improve that.

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Theodore S. Geiselman                    42

1   They were in general trying to get results on

2   slides, just answers that, once I learned pathology,

3   could not be given.  That there are no absolutes in

4   the cytopathology area, so....

5        Q.    Can you recall some of the specific needs

6   of the marketplace that you thought the CDS 1000

7   system would not meet?

8              MS. PIROZZOLO:  Objection.

9        A.    As I said, I was learning cytopathology

10  but in the most general sense, the need to help them

11  figure out their own answer and not give them an

12  answer, because it's a very subjective business.

13       Q.    When you say give them the answer, what

14  are you referring to?

15       A.    My recollection of the CDS 1000 is not

16  perfect; I only knew it briefly.  And since we were

17  shutting it down, I didn't take that much time to

18  worry about it.  I believe they were trying to

19  assist in diagnosis, but I could be wrong, and

20  that's the main thing that I disagreed with.  David

21  Zahniser would be the best one to answer you.

22       Q.    But it is your understanding as of 1994

23  that the CDS 1000 as it existed at that time was

24  attempting to assist in the diagnosis of a Pap test

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Theodore S. Geiselman                    43

1    slide?

2         A.    I believe so.

3         Q.    Do you recall how that --

4         A.    A ThinPrep Pap Test slide, not a Pap

5    smear.

6         Q.    Do you know if Cytyc ever tried to

7    evaluate the feasibility of the CDS 1000 system on a

8    conventional Pap smear?

9         A.    I do not.

10        Q.    Did you ever see the CDS 1000 system

11   operate in 1994?

12        A.    I can't say that I did, no, not in 1994.

13        Q.    Do you have any understanding of how the

14   CDS 1000 system operated in 1994 in general terms?

15             MS. PIROZZOLO:  Objection.

16        A.    No.  Can't say, no.

17        Q.    Do you know if the CDS 1000 system in 1994

18   would image a ThinPrep Pap Test slide?

19        A.    I can't tell you how complete the system

20   was at that time, so I don't know if it would image

21   an entire slide or not.

22        Q.    Do you know if it would image a part of a

23   slide at that time?

24        A.    It would do something with a part of a

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Theodore S. Geiselman                    44

1    slide, but I can't tell you what.  As I said, we

2    quickly focused on, you know, "Guys, we can't do

3    this" and shut everything down in that group except

4    for David.

5        Q.    In 1994 did Dr. Zahniser make a

6    recommendation to management to stop the CDS 1000

7    project?

8        A.    No, I would say not.  David was not that

9    kind of....  David was a true research scientist.

10   He understood the problems of the company; he

11   followed in line and went along with our decision.

12   I don't know that he made a recommendation one way

13   or the other.

14       Q.    So is it your understanding that

15   Dr. Zahniser would've liked to have continued

16   development of the CDS 1000 in 1994 but for Cytyc

17   management's decision to shut it down?

18              MS. PIROZZOLO:  Objection.

19       A.    I can't say that.

20       Q.    Back when you were listing the three

21   reasons that the CDS 1000 project was stopped in

22   1994, on your number two reason you listed that the

23   technology was too old.  What did you mean by that?

24       A.    Primarily the fact they were using an