# EXHIBIT 5

To
Memorandum In Support of TriPath Imaging, Inc.'s Motion to Exclude
Defenses Based on Cytyc's CDS-1000

Civil Action No. 03-11142 [DPW] - Lead Case

Filed May 5, 2005

2379 COMPLETE AND RETURN APPLICATION BY 1 JUN 1996

OMB No. 0925-0001

| Department of Health and Human Services<br>Public Health Service | ZRG7 | Review Group<br>SSS-3 (22) | Type<br>5 | Activity<br>R44 | Grant Number<br>CA63970-03 |
|---|---|---|---|---|---|

## Application for Continuation Grant

Total Project Period
From: 09/30/95  Through 07/31/97

Requested Budgt Period
From: 08/01/96  Through: 07/31/97

*To be verified by applicant. Check information in Items 1 through 6. If incorrect, furnish correct information in Item 13.*

**1. TITLE OF PROJECT**
AUTOMATED PAP TEST SCREENING FOR QUALITY CONTROL

**2. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR** *(Name and address, street, city, state, zip code)*
ZAHNISER, DAVID J
CYTYC CORPORATION
237 CEDAR HILL STREET
MARLBOROUGH, MA 01752

**4. APPLICANT ORGANIZATION** *(Name and address, street, city, state, zip code)*
CYTYC CORPORATION
237 CEDAR HILL STREET
MARLBOROUGH, MA 01752

**2b. E-MAIL ADDRESS**
david.zahniser@cytyc.com

**2c. DEPARTMENT, SERVICE, LABORATORY, OR EQUIVALENT**
---

**2d. MAJOR SUBDIVISION**
---

**3. ORGANIZATIONAL CODE**
70

**5. ENTITY IDENTIFICATION NUMBER**
1020407755A1

**6. TITLE AND ADDRESS OF ADMINISTRATIVE OFFICIAL**
PRESIDENT
CYTYC CORPORATION
237 CEDAR HILL STREET
MARLBOROUGH, MA 01752

E-MAIL ADDRESS

*Complete the following (see instructions).*

**7. HUMAN SUBJECTS**
[ ] No
[X] Yes
7a. If "Yes," Exemption no: 4
or IRB approval date
[ ] Full IRB or
[ ] Expedited Review
7b. Assurance of compliance no.

**8. VERTEBRATE ANIMALS**
[X] No
[ ] Yes
8a. If "Yes," IACUC approval date
8b. Animal welfare assurance no.

**9. COSTS REQUESTED FOR NEXT BUDGET PERIOD**
9a. DIRECT $ 286,788   9b. TOTAL $ 377,508

**10. INVENTIONS AND PATENTS** *(See instructions)*
[X] No  [ ] Yes  If "Yes,"  [ ] Previously reported  [ ] Not previously reported

**11. PERFORMANCE SITE(S)** *(Organizations and addresses)*
Cytyc Corp (see address above)

New England Medical Center
Dept. of Pathology
750 Washington St.
Boston, MA 02111

| | AREA CODE | TELEPHONE NO. AND FAX NO. |
|---|---|---|
| **12a. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR** *(Item 2a)*<br>David J. Zahniser | 508<br>508 | 481-1341<br>481-2173 fax |
| **12b. NAME OF ADMINISTRATIVE OFFICIAL** *(Item 6)*<br>Patrick Sullivan | | same |
| **12c. NAME AND TITLE OF OFFICIAL SIGNING FOR APPLICANT ORGANIZATION** *(Item 15)*<br>Patrick Sullivan<br>President | | same |
| E-MAIL ADDRESS | | |

**13. USE THIS SPACE FOR CORRECTIONS TO ITEMS 1 THROUGH 6. INDICATE THE NUMBERS(S) WHERE ANSWERS APPLY.**

**14. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR ASSURANCE:** I certify that the statements herein are true, complete and accurate to the best of my knowledge. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. I agree to accept responsibility for the scientific conduct of the project and to provide the required progress reports if a grant is awarded as a result of this application.

SIGNATURE OF PI / PD NAMED IN 2a *(In ink. "Per" signature not acceptable.)*
*[signature]*
DATE: 5/31/96

**15. APPLICANT ORGANIZATION CERTIFICATION AND ACCEPTANCE:** I certify that the statements herein are true, complete and accurate to the best of my knowledge, and accept the obligation to comply with Public Health Service terms and conditions if a grant is awarded as a result of this application. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties.

SIGNATURE OF OFFICIAL NAMED IN 12c *(In ink. "Per" signature not acceptable.)*
*[signature]*
DATE: 5/31/96

PHS 2590 Optional (Rev. 5/95)    Page 1    A

CONFIDENTIAL
ATTORNEY'S EYES ONLY
C 0073052

| DETAILED BUDGET FOR NEXT BUDGET PERIOD—DIRECT COSTS ONLY | | FROM 8/01/96 | | THROUGH 7/31/97 | GRANT NUMBER CA63970-03 | |
|---|---|---|---|---|---|---|
| PERSONNEL (Applicant organization only) | | TYPE APPT. (months) | % EFFORT ON PROJ. | DOLLAR AMOUNT REQUESTED (omit cents) | | |
| NAME | ROLE ON PROJECT | | | SALARY REQUESTED | FRINGE BENEFITS | TOTALS |
| David J. Zahniser | Principal Investigator | 12 | 20 | 23,000 | 5,750 | 28,750 |
| Kathy Mui | Cytotechnologist | 12 | 40 | 24,800 | 6,200 | 31,000 |
| Kam Lin Wong | Image Analyst | 12 | 100 | 74,000 | 18,500 | 92,500 |
| Steven Meuse | Sr. Software Eng. | 12 | 50 | 34,500 | 8,625 | 43,125 |
| Norman Soule | Lab technologist | 12 | 50 | 16,500 | 4,125 | 20,625 |
| | | | | | | |
| SUBTOTALS → | | | | 172,800 | 43,200 | 216,000 |

**CONSULTANT COSTS**
Dr. Martha Hutchinson (24 days @$1,000), Louise Isenstein (24 days @$600), Gary Gill (6 days @$1,000) — 44,400

**EQUIPMENT** (Itemize)
Dual Power Macintosh Processor with monitor, 80 meg memory, and frame grabber — 15,288

**SUPPLIES** (Itemize by category)

Filters, 5,000 @ $1.75    8750
Stains/reagents            450
Disks/tapes                400
Video print paper          500

10,100

**TRAVEL**
One trip for principal investigator — 1,000

**PATIENT CARE COSTS**
INPATIENT
OUTPATIENT

**ALTERATIONS AND RENOVATIONS** (Itemize by category)

**OTHER EXPENSES** (Itemize by category)

CONFIDENTIAL
ATTORNEY'S EYES ONLY

| SUBTOTAL DIRECT COSTS FOR NEXT BUDGET PERIOD | | $ 286,788 |
|---|---|---|
| CONSORTIUM/CONTRACTUAL COSTS | DIRECT COSTS | |
| | INDIRECT COSTS | |
| TOTAL DIRECT COSTS FOR NEXT BUDGET PERIOD (Item 7a, Face Page) → | | $ 286,788 |

PHS 2590 (Rev. 5/95)    (Form Page 2) Page 2    B

C 0073053

PRINCIPAL INVESTIGATOR: Zahniser, David J.

## ABSTRACT OF RESEARCH PLAN

**NAME, ADDRESS, AND TELEPHONE NUMBER OF APPLICANT ORGANIZATION**

Cytyc Corporation
237 Cedar Hill Street
Marlborough, MA  01752

| YEAR FIRM FOUNDED | NO. OF EMPLOYEES (include all affiliates) |
|---|---|
| 1989 | 50 |

**TITLE OF APPLICATION**

Automated Pap Test Screening for Quality Control

**KEY PROFESSIONAL PERSONNEL ENGAGED ON PROJECT**

| NAME | POSITION TITLE | ORGANIZATION |
|---|---|---|
| David J. Zahniser | Vice President, Scientific Affairs | Cytyc Corporation |
| Martha L. Hutchinson | Director, Cytopathology | New England Medical Center |
| Louise Isenstein | Scientific Systems Analyst | New England Medical Center |

**ABSTRACT OF RESEARCH PLAN:** State the application's long-term objectives and specific aims, making reference to the health-relatedness of the project, describe concisely the methodology for achieving these goals, and discuss the potential of the research for technological innovation and commercial application. Avoid summaries of past accomplishments and the use of the first person.

The abstract is meant to serve as a succinct and accurate description of the proposed work when separated from the application. Since abstracts of funded applications may be published by the Federal Government, do not include proprietary information. DO NOT EXCEED 200 WORDS.

In this research, the primary goal is to develop an automated cervical smear analysis system for use after manual screening of thinlayer cervical specimens as a quality control (QC) instrument. The device will measure nuclear features termed "Malignancy Associated Changes" (MACs) to identify disease in samples that are falsely negative by manual methods. At the current levels of technology and in the present regulatory environment, the development of such a system will play an important role in laboratory quality, and will likely reach the market long before an automated primary screening device. The use of MACs is new and innovative in that it allows fast and accurate processing at a very reasonable system cost. In Phase II a fully automated prototype would be developed and tested. Specific research areas are 1) the optimization of the stain, 2) the use of multiple focal planes, 3) optimization of classifiers, and 4) completion and testing of a completely automated prototype. Specification and design of a commercial instrument will begin at the end of Phase II and continue into Phase III.

**Provide key words (8 maximum) to identify the research or technology.**

Pap smear, Automation, Quality Control, Malignancy Associated Change

**Provide a brief summary of the potential commercial applications of the research.**

This device would provide enhanced quality control for Pap test analysis in all cytology laboratories worldwide. The current practice of rescreening 10% of negative smears is not adequate. Implementation of a fast and inexpensive automated system used after manual screening would result in increased accuracy and improved healthcare.

PHS 6246-2 (Rev. 1/92)          PAGE 2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

C 0073059