# EXHIBIT 8

To
Memorandum In Support of TriPath Imaging, Inc.'s Motion to Exclude
Defenses Based on Cytyc's CDS-1000

Civil Action No. 03-11142 [DPW] - Lead Case

Filed May 5, 2005

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

Lisa J. Pirozzolo

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6388
+1 617 526 5000 fax
lisa.pirozzolo@wilmerhale.com

January 10, 2005

**By Facsimile and U.S. Mail**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Re:     TriPath/Cytyc Litigation

Dear Charles:

I am writing with regard to Dr. Zahniser's deposition currently scheduled for Wednesday, January 12. We have recently located the code for the CDS 1000. We will be producing a CD with that code (in a MAC readable format) later today or tomorrow, and a hard copy of the code as soon as possible thereafter. In light of this, I am writing to suggest that we postpone Dr. Zahniser's deposition to afford you a reasonable opportunity to review the code prior to his deposition. I am in the process of checking with Dr. Zahniser with regard to his availability later in the month.

Please call me today at your earliest convenience with regard to this matter.

Very truly yours,

Lisa J. Pirozzolo

LJP:pb
cc:     Rafael E. Rosado, Esq.
        Michael E. Ray, Esq.