# EXHIBIT 9

To
Memorandum In Support of TriPath Imaging, Inc.'s Motion to Exclude
Defenses Based on Cytyc's CDS-1000

Civil Action No. 03-11142 [DPW] - Lead Case

Filed May 5, 2005

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

January 11, 2005

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale.com

**By Federal Express**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Re:   Cytyc Corp. v. TriPath Imaging, Inc.- Document Production

Dear Charles Burke:

Enclosed please find two compact disks bearing Bates numbers C0140007 and C0140008. The disk numbered C0140007 is a copy, in Apple MacIntosh format, of an old optical MacIntosh disk containing information pertaining to the CDS-1000. The disk numbered C0140008 contains the same information as the prior disk, but has been converted into text file format that is readable on any PC compatible computers. Please note that the C0140008 disk contains only the files that could be converted, meaning some files may not have converted from the original optical disk.

Very truly yours,

Amy C. Brooks
Paralegal

+1 617 526 5141
amy.brooks@wilmerhale.com

ACB:acb
Enclosures

JAN 1 2 2005

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

January 21, 2005

**By Federal Express**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Re:  Cytyc Corp. v. TriPath Imaging, Inc.- Document Production

Dear Charles Burke:

Enclosed please find two compact disks bearing Bates numbers C0141774 and C0141775. The disk numbered C0141774 is a copy, in Apple MacIntosh format, of the image of the hard drive of an old MacIntosh computer containing information pertaining to the CDS-1000. The disk numbered C0141775 contains the same information as the prior disk, but has been converted into text file format that is readable on any PC compatible computers. Please note that the C0141775 disk contains only the files that could be converted, meaning some files may not have converted from the original optical disk.

Very truly yours,

Amy C. Brooks
Paralegal

+1 617 526 5141
amy.brooks@wilmerhale.com

ACB:acb
Enclosures

JAN 25 2005

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale.com

BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON
    MUNICH   NEW YORK   NORTHERN VIRGINIA   OXFORD   WALTHAM   WASHINGTON

USIDOCS 4935191v1

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

January 27, 2005

**By Federal Express**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale.com

Re:   Cytyc Corp. v. TriPath Imaging, Inc.- Document Production

Dear Mr. Burke:

Enclosed please find one compact disk bearing Bates number C0143370. This disk contains an image of the hard drive of the computer referenced in our letter dated January 21, 2005. Due to an additional conversion process we had done, this disk is both PC and MacIntosh computer compatible and it also contains files not present on the two previously produced disks.

If you have any questions, please do not hesitate to call.

Very truly yours,

Amy C. Brooks
Paralegal

+1 617 526 5141
amy.brooks@wilmerhale.com

ACB:acb
Enclosures

JAN 2   2005

BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON
MUNICH   NEW YORK   NORTHERN VIRGINIA   OXFORD   WALTHAM   WASHINGTON

US1DOCS 4944346v1