# EXHIBIT 11

To
Memorandum In Support of TriPath Imaging, Inc.'s Motion to Exclude
Defenses Based on Cytyc's CDS-1000

Civil Action No. 03-11142 [DPW] - Lead Case

Filed May 5, 2005

# HALE AND DORR LLP
COUNSELORS AT LAW

**haledorr.com**
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

PATRICK M. CALLAHAN

617-526-6667
patrick.callahan@haledorr.com

March 12, 2004

**By Federal Express**

Christopher G. Daniel, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

     Re:    Cytyc Corporation v. TriPath Imaging, Inc.
              Civil Action No. 03-11142 (DPW) (D. Mass.)

Dear Chris:

    With this letter, Cytyc produces documents Bates-numbered C0063284-C0090140. Cytyc is producing these documents subject to the provisions of the protective order entered by the Court on January 28, 2004.

    Please contact me if you have any questions.

Sincerely,

*[signature]*

Patrick M. Callahan

enclosures

cc:    Kenneth Salinger, Esq. (w/out enclosures)

# HALE AND DORR LLP
COUNSELORS AT LAW

**haledorr.com**
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

PATRICK M. CALLAHAN

617-526-6667
patrick.callahan@haledorr.com

March 15, 2004

**By Federal Express**

Christopher G. Daniel, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Re: Cytyc Corporation v. TriPath Imaging, Inc.
Civil Action No. 03-11142 (DPW) (D. Mass.)

Dear Chris:

With this letter, Cytyc produces documents Bates-numbered C0090142-C0095672. Cytyc is producing these documents subject to the provisions of the protective order entered by the Court on January 28, 2004.

Please contact me if you have any questions.

Sincerely,

Patrick M. Callahan

enclosures

cc: Kenneth Salinger, Esq. (w/out enclosures)

BOSTON   LONDON   MUNICH   NEW YORK   OXFORD   PRINCETON   RESTON   WALTHAM   WASHINGTON

Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.

# HALE AND DORR LLP
COUNSELORS AT LAW

**haledorr.com**
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

April 23, 2004

**By Federal Express**

Christopher G. Daniel, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

    Re:    <u>Cytyc Corporation v. TriPath Imaging, Inc.
            Civil Action No. 03-11142 (DPW) (D. Mass.)</u>

Dear Mr. Daniel:

    Further to our production in the above-captioned case, please find documents Bates numbered C0100099 – C0104091. Please contact me if you have any questions.

                                      Very truly yours,

                                      Jose A. dos Santos
                                      Litigation Assistant

                                      617-526-5209
                                      jose.dossantos@haledorr.com

Enclosures
cc:    David L. Cavanaugh, Esq.
       Ibrahim M. Hallaj, Ph. D.
       Lindsay E. Heller

BOSTON   LONDON   MUNICH   NEW YORK   OXFORD   PRINCETON   RESTON   WALTHAM   WASHINGTON

*Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.*

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

January 10, 2005

**By Federal Express**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Re:  Cytyc Corporation v. Tripath Imaging, Inc.

Dear Mr. Burke:

Enclosed please find documents bearing Bates numbers C0139750 - C0140006.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Amy C. Brooks
Paralegal

+1 617 526 5141
amy.brooks@wilmerhale.com

ACB:acb
Enclosures

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale.com

JAN 11 2005

BALTIMORE    BEIJING    BERLIN    BOSTON    BRUSSELS    LONDON
MUNICH    NEW YORK    NORTHERN VIRGINIA    OXFORD    WALTHAM    WASHINGTON

USIDOCS 4919275v1

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

January 20, 2005

**By Federal Express**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale.com

Re:   <u>Cytyc Corp. v. TriPath Imaging, Inc.- Document Production</u>

Dear Charles Burke:

Enclosed please find documents bearing Bates numbers C0140888 through C0141429 and C0141468 through C0141773. Documents numbered C0141430 through C0141467 will be sent under separate cover.

If you have any questions, please do not hesitate to call.

Very truly yours,

Amy C. Brooks
Paralegal

+1 617 526 5141
amy.brooks@wilmerhale.com

ACB:acb
Enclosures

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

January 20, 2005

**By Federal Express**

Charles A. Burke, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale.com

Re:   Cytyc Corp. v. TriPath Imaging, Inc.- Document Production

Dear Charles Burke:

Enclosed please find documents bearing Bates numbers C0141430 through C0141467.

If you have any questions, please do not hesitate to call.

Very truly yours,

Amy C. Brooks
Paralegal

+1 617 526 5141
amy.brooks@wilmerhale.com

ACB:acb
Enclosures

BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON
MUNICH   NEW YORK   NORTHERN VIRGINIA   OXFORD   WALTHAM   WASHINGTON

US1DOCS 4934109v1