

**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Michael B. Keating
Boston Office
617-832-1136
mkeating@foleyhoag.com

FILED
IN CLERKS OFFICE

2007 JUL 13 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 13, 2007

BY HAND DELIVERY

Douglas P. Woodlock
District Judge
United States District Court
for the District of Massachusetts
J.J. Moakley U.S. Courthouse
One Courthouse Way, Suite 3120
Boston, MA 02210

Re: Cytyc Corp. v. Tripath Imaging, Inc., C.A. Nos. 03-1142-DPW [Consolidated Action - Lead Case]; 03-12630-DPW

Dear Judge Woodlock:

The Pretrial Conference in this case is scheduled to take place in two weeks, on July 26, 2007, at 3:00 p.m. (trial is scheduled for October 29, 2007).

The court's previous order, dated March 27, 2007, provides that responses to motions in limine will be due 14 days after the court issues its order on the pending summary motions. Because the court has not yet issued its order on the summary judgment motions, it may not be possible to have all motions and objections fully briefed and argued at the Pretrial Conference.

However, we still think it would be helpful to the parties and to the ultimate resolution of this case to discuss the status of this case on July 26, 2007, even if it is not possible to conduct a full pretrial conference. We therefore request that the court continue to hold the date for a status conference on July 26, 2007.

Very truly yours,

Michael B. Keating

MBK/smf
cc: William Lee, Esq.
    Charles Burke, Esq.

B3380022.1